UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EVGENY OKMYANSKY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 03-10574-JLT |
| | * | |
| | * | |
| HERBALIFE INTERNATIONAL OF | * | |
| AMERICA, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

March 19, 2004

TAURO, J.

This court hereby orders that:

1. Defendant's Motion Pursuant to Fed. R. Civ. P. 26(c) for a Protective Order [#29]

   is DENIED.

IT IS SO ORDERED.

                                                  /s/ Joseph L. Tauro
                                                  United States District Judge