# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EVGENY OKMYANSKY, | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 03-10574-JLT |
| | * | |
| | * | |
| HERBALIFE INTERNATIONAL OF | * | |
| AMERICA, INC., | * | |
| Defendant. | * | |

ORDER

January 7, 2004

TAURO, J.

After a conference on January 6, 2004, the court hereby orders that:

1. Plaintiff may conduct a Fed. R. Civ. P. § 30(b)(6) deposition of Defendant;

2. Defendant may depose Plaintiff, Evgeny Okmyansky;

3. The Joint Motion to Bifurcate Discovery and for Approval of Phase I Discovery Plan [#10] is ALLOWED;

4. The Discovery Schedule in the Parties' First Amended Joint Statement is ADOPTED IN FULL;

5. No further discovery is permitted without leave of the court; and

6. A Motion Hearing will be held on June 21, 2004 at 10:00 a.m.

IT IS SO ORDERED.

       /s/ Joseph L. Tauro
United States District Judge