# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVGENY OKMYANSKY, <br><br> Plaintiff, <br><br> v. <br><br> HERBALIFE INTERNATIONAL OF AMERICA, INC., <br><br> Defendant. | Civil Action No. 03-10574-JLT |

ORDER

June 21, 2004

TAURO, J.

After the Hearing on June 21, 2004, this court hereby orders that:

1. The Parties are to file cross-motions for Summary Judgment on the underlying contractual issue of whether Defendant had authority to refuse to pay Plaintiff the commissions and bonuses in issue;

2. In their cross-motions for Summary Judgment, the Parties are to rely solely on, and are to make explicit reference to, the language of their contract;

3. The cross-motions for Summary Judgment must be filed by July 12, 2004;

4. Any responses to the cross-motions for Summary Judgment must be filed by July 26, 2004;

5. Defendant's <u>Motion for Summary Judgment</u> [#45] is DENIED WITHOUT PREJUDICE;

6.  Defendant's Motion to Transfer Venue [#47] is DENIED WITHOUT PREJUDICE; and

7.  Plaintiff's Motion to Compel Production of Documents and Further Answers to Interrogatories and for Sanctions [#38] has been withdrawn.

IT IS SO ORDERED.

/S/ Joseph L. Tauro
United States District Judge