# EXHIBIT 4

WHITE AND GREEN COPIES ONLY IN GREEN ENVELOPE

APPLICANT INFORMATION
פרטי המבקש

OKMIANSKY EVGENY
Last name / שם משפחה — First name / שם פרטי

1992 יוני 29

FOR OFFICE USE ONLY / לשימוש משרד בלבד

16-016210
No. Applicant in HERBALIFE

EH/4 HAGORDON 34
Street Address

NATANIA ISRAEL
City — State

Name applicant and all your up-line Sponsors between you and your 1st up-line Supervisor

42389 — 01 07 52
Zip Code / מיקוד — Area Code — Telephone No. / טלפון — Date of birth

Country of Permanent Legal Residence, if different from above

OKMIANSKY
Applicant: EVGENY

1st Sponsor: SEMIONOV A.
I.D. 16-016203

2nd Sponsor: YAPUNSKY G.
I.D. 16-014706

3rd Sponsor: BRODSKY E.
I.D. 16-013891

4th Sponsor: SAME

1st Supervisor: BRODSKY E.
I.D. 16-013891

13 06817171 6

SPONSOR INFORMATION
פרטי החונך

Sponsor's name: SEMIONOV ALEXANDR
Street address: SMOLENSKY 31/2
City: MOSKOW
State: RUSIA
Sponsor I.D.: 16-016203
Sponsor's telephone: 095-2446679

SUPERVISOR INFORMATION
פרטי המפיץ-מפקח

Supervisor's name: BRODSKY ELENA
Street address: HISTADRUT 9/4
City: NESS-ZIONA
State: ISRAEL
Supervisor I.D.: 16-013891
Supervisor's telephone

הסכם / בחתימה

1. [illegible]
2. [illegible]
3. [illegible]
4. [illegible]
5. [illegible]
6. [illegible]
7. [illegible]

Applicant's Signature
Co-applicant's Signature

Date 21.07.92

Authorized Signature — President

1. White: Home Office Copy 2. Green: Distributor Center Copy 3. Blue: Sponsor's Copy 4. Goldenrod: Applicant's 5. Canary: Supervisor's Copy



TRANSPERFECT | TRANSLATIONS

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
NEW YORK
PARIS
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC

## AFFIDAVIT OF ACCURACY

This is to certify the attached document, blank Distributor Application, has been translated from Hebrew into English by staff members of TransPerfect Translations familiar with both the English into Hebrew languages and is to the best of our knowledge, ability and belief, a true and accurate translation.

Susan Christian
TransPerfect Translations, Inc.
15 Broad St., Suite 305
Boston, MA 02109

Sworn to before me this
5th day of May 2004

Signature, Notary Public

NICOLE P. VOLIN
Notary Public
Commonwealth of Massachusetts
Commission Expires Aug 14, 2009

Stamp, Notary Public

H.P.H PRODUCTS LTD.
רח' בזל 3, פתח-תקוה
ת.ד. 3452 קרית אריה, פתח-תקוה 49130
טלפון: 9232555, 03-9244433
פקס: 03-9243678

# APPLICATION FOR DISTRIBUTORSHIP
# טופס מועמד למפיץ

הכנס את ההעתק הלבן והירוק בלבד למעטפה הירוקה המצורפת ושלח להרבלייף H.P.H PRODUCTS LTD. לידי מחלקת רשומות
ENCLOSE WHITE AND GREEN COPIES ONLY IN GREEN ENVLOPE PROVIDED AND MAIL TO H.P.H PRODUCTS LTD. - ATTENTION RECORDERS DEPARTMENT

## APPLICANT INFORMATION
## פרטי המבקש

ע.
א.
Last name שם משפחה First name שם פרטי

ע.
א.
Street Address רחוב

City עיר State מדינה

Zip Code מיקוד Area Code Telephone No. טלפון Date of Birth תאריך לידה (אם מתחת לגיל 18)

ע.
א.
Country of Permanent Legal Residence, if different from above כתובת טכנית, אם שונה מהמצוין לעיל

ע. עברית
א. אנגלית
I.D. No. ת.ז.

FOR OFFICE USE ONLY לצרכי משרד בלבד

16-016371
מספר המבקש (מפיץ) ב"הרבלייף"
No. Applicant In "HERBALIFE"

Name applicant and all your up-line Sponsors between you and your 1st up-line Supervisor
שם המבקש וכל החונכים בסדר עולה בינך לבין המפיץ/מפקח הראשון.

מבקש..........
Applicant..........
חונך ראשון..........
1st Sponsor..........
ת.ז..........
I.D..........
חונך שני..........
2nd Sponsor..........
ת.ז..........
I.D..........
חונך שלישי..........
3rd Sponsor..........
ת.ז..........
I.D..........
חונך רביעי..........
4th Sponsor..........
ת.ז..........
I.D..........
מפיץ מפקח ראשון..........
1st Supervisor..........
ת.ז..........
I.D..........

## SPONSOR INFORMATION
## פרטי החונך

שם החונך..........
Sponsor's name..........
רחוב..........
Street address..........
City.......... עיר
State.......... מדינה
Zip.......... מיקוד
Sponsor's I.D. No. .......... ת.ז. של החונך
Sponsorr's telephone no. .......... מס' טלפון של החונך

## SUPERVISOR INFORMATION
## פרטי המפיץ-מפקח

שם המפיץ-מפקח..........
Supervisor's name..........
רחוב..........
Street address..........
City.......... עיר
State.......... מדינה
Zip.......... מיקוד
Supervisor's I.D. No. .......... ת.ז. של מפיץ-מפקח
Supervisor's telephone no. .......... מס' טלפון של מפיץ מפקח

## הסכם - בהפצה

[illegible] כדלהלן H.P.H. PRODUCTS LTD
1. א. להפעיל עסק עצמאי משל עצמו.
ב. לרכוש מוצרי חברת הרבלייף H.P.H. PRODUCTS LTD בתנאים ובמחירים כפי שיהיו קיימים בחברת הרבלייף H.P.H. PRODUCTS LTD מעת לעת.
ג. [illegible] H.P.H. PRODUCTS LTD [illegible] באמצעות אחרים.
ד. [illegible] H.P.H. PRODUCTS LTD [illegible]
ה. [illegible] H.P.H. PRODUCTS LTD [illegible] באותה מדינה.
1. [illegible] H.P.H. PRODUCTS LTD [illegible]
2. [illegible] H.P.H. PRODUCTS LTD [illegible] H.P.H. PRODUCTS LTD [illegible] H.P.H. PRODUCTS LTD [illegible]
3. חברת הרבלייף H.P.H. PRODUCTS LTD [illegible] בחברת הרבלייף H.P.H. PRODUCTS LTD מעת לעת.
4. א. חברת הרבלייף H.P.H. PRODUCTS LTD [illegible] בחברת הרבלייף H.P.H. PRODUCTS LTD מעת לעת.
ב. [illegible] H.P.H. PRODUCTS LTD [illegible] H.P.H. PRODUCTS LTD [illegible] H.P.H. PRODUCTS LTD [illegible]
5. [illegible] H.P.H. PRODUCTS LTD [illegible] מפעם לפעם.
6. [illegible]
7. [illegible]
8. [illegible] H.P.H. PRODUCTS LTD [illegible]
9. [illegible]
10. בכל מקום בהסכם זה [illegible]

חתימת המבקש..........

**Herbalife**, H.P.H. Products, Ltd.
3 Basel Street, Petah-Tikva
P.O. Box 3452 Kiryat-Arieh, Petah-Tikva 49130
Telephone: 03-9244433, 9232555; Fax: 03-9243678

**Distributor Application Form**

Insert the white and green copies only into the provided green envelope and mail to Herbalife, H.P.H. Products, Ltd., to the attention of Records Department.

For office use only

16-016371
Applicant (distributor) number at "Herbalife"

Name of applicant and all sponsors in ascending order between you and the first supervisor.

Applicant: ______

First sponsor: ______
I.D.: ______
Second sponsor: ______
I.D.: ______
Third sponsor: ______
I.D.: ______
Fourth sponsor: ______
I.D.: ______
First supervisor: ______
I.D.: ______

**Applicant Information**

H.
E. ______
First name Last name

H.
E. ______
Street address

______
City State Zip code

______
Area code Phone No. Date of birth (if under 16)

H.
E. ______
Current address, if different from above

______
I.D. number

H.- Hebrew
E.- English

**Supervisor Information**

Supervisor's name: ______
Street address: ______
City: ______
State: ______
Zip code: ______
Supervisor's I.D. no.: ______
Supervisor's phone no.: ______

**Sponsor Information**

Sponsor's name: ______
Street address: ______
City: ______
State: ______
Zip code: ______
Sponsor's I.D. no.: ______
Sponsor's phone no.: ______

**Distribution Agreement**

The undersigned (hereinafter "the distributor") hereby declares, certifies and commits to Herbalife, H.P.H Products, Ltd. as follows:

1. A. To run his own independent business.
   B. To purchase products of Herbalife, H.P.H. Products, Ltd. under the terms and prices that will be instituted by Herbalife, H.P.H. Products, Ltd. from time to time.
   C. To act and promote sales of the products that were purchased in accordance with the policy of Herbalife, H.P.H. Products, Ltd. as it will be instituted from time to time, whether himself or via others.
   D. To purchase products of Herbalife, H.P.H. Products, Ltd. in accordance with the payment terms that will be determined by Herbalife, H.P.H. Products, Ltd. only, both himself and the distribution system that is run by him or through him.
   E. To follow all the laws, policies and rules of Herbalife, H.P.H. Products, Ltd., to follow all the rules and regulations in each and every state in which he conducts his business as if he signed this agreement in that state itself, and to sign the same distributor application form whenever he is required to do so, and by Herbalife, H.P.H. Products, Ltd. as required in that state.
   F. To not purchase and/or to not deal and/or to not be involved in any way and/or in any manner himself and/or via others directly and/or indirectly with any similar and/or identical and/or competing product with products of Herbalife, H.P.H. Products, Ltd.
2. It is hereby declared and agreed specifically that the distributor is an independent contractor in every way. He is not employed by Herbalife, H.P.H. Products, Ltd. and there are no employer-employee relations between him and Herbalife, H.P.H. Products, Ltd. In addition, it is hereby declared that the distributor is not a delegate and/or agent and/or a legal representative of Herbalife, H.P.H. Products, Ltd. in any way directly and/or indirectly.
3. Herbalife, H.P.H. Products, Ltd. will make a reasonable effort to supply the distributor with its products based on his orders according to the terms that Herbalife, H.P.H. Products, Ltd. will institute from time to time.
4. A. Herbalife, H.P.H. Products, Ltd. will be entitled to discontinue this contact in a case when the distributor will violate the terms of the agreement and/or will not meet a term and method of payment as required by Herbalife, H.P.H. Products, Ltd. from time to time.
   B. It is also agreed that Herbalife, H.P.H. Products, Ltd. will be entitled at any time and according to its sole judgment, to suspend and/or terminate this agreement by a one-sided notice from Herbalife, H.P.H. Products, Ltd. to the distributor in writing 30 days in advance, whenever Herbalife, H.P.H. Products, Ltd. has a reasonable basis and/or a reasonable reason to believe that the distributor violated a term and/or a rule of this agreement and of the Herbalife, H.P.H. Products, Ltd. rules, as the terms and rules will be instituted from time to time.
5. The distributor hereby declares and agrees that his signature on this document and purchasing the distributor kit are necessary in order for him to become a distributor.
6. In the event that a clause from the clauses of the agreement is found to be non-enforceable and/or invalid, it will not damage the other clauses of the agreement and/or its validity.
7. I understand that signing this agreement and purchasing a distribution kit are all that is needed in order to become a distributor.
8. A current distributor guide of Herbalife, H.P.H. Products, Ltd. is enclosed to this agreement and it applies to the sides in this agreement.
9. This agreement connects and benefits both sides, the matters of their heirs and their successors. If a clause from the clauses in this agreement is found to be non-enforceable or invalid, the validity of the remaining clauses will not be affected by it.
10. Anywhere in the agreement where my commitment appears, it also applies to the entire operated system and/or that will be operated by me and/or under me, and my responsibility includes them as well.

Applicant's signature: ______