# EXHIBIT 5

Volume I
Pages 1 through 117
Exhibits per index

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action No. 03-10574-JLT

- - - - - - - - - - - - - - - x

EVGENY OKMYANSKY,

           Plaintiff,

V.

HERBALIFE INTERNATIONAL OF
AMERICA, INC.,

           Defendant.

- - - - - - - - - - - - - - - x

DEPOSITION OF EVGENY OKMYANSKY, a
witness called on behalf of the Defendant taken
pursuant to the Federal Rules of Civil Procedure,
before MaryJo O'Connor, Registered Professional
Reporter/Certified Shorthand Reporter and Notary
Public in and for the Commonwealth of Massachusetts,
at the Offices of Greenberg Traurig, LLP, One
International Place, Boston, Massachusetts, on
Monday, March 29, 2004, commencing at 10:05 p.m.

- - - - - - -

BOSTON REPORTING ASSOCIATES
REGISTERED PROFESSIONAL REPORTERS
67 Bright Road
Belmont, Massachusetts 02478
(617) 877-6640

2

1    APPEARANCES:

2    JOEL Z. EIGERMAN, ESQUIRE
     50 Congress Street, Suite 200
3    Boston, Massachusetts 02109
     Counsel for the Plaintiff.

4

5    PAVEL BESPALKO, Esq.)
     50 Congress Street, Suite 200
6    Boston, Massachusetts 02108
     Counsel for the Plaintiff.

7

8    GREENBERG TRAURIG
     (By: Annapoorni K. Sankaran, Esq.,
9    and Courtney Pillsbury, Esq.)
     One International Place
10   Boston, Massachusetts 02110
     Counsel for the Defendant.

11

12   ALSO PRESENT:    Ella Shmulevich
                      Transperfect Translations
13                    3 Park Avenue, 39th Floor
                      New York, NY 10016
14                    (212) 689-5555

15

16

17

18

19

20

21

22

23

24

3

1                           I N D E X

2    Witness            Direct   Cross   Redirect   Recross

3    Evgeny Okmyanksy

4    (By Ms. Sankaran)     6       ---      113        ---

5    (By Mr. Eigerman)    ---      111      ---        ---

6

7

8                         E X H I B I T S

9    Exhibit No.                                          Page
        1        Amended Complaint with exhibits          22
10
         2        Application for Distributorship          24
11
         3        Document entitled "Plaintiff's           50
12                Statement pursuant to F.R.C.P 26(f)"

13       4        Document entitled "Plaintiff's           67
                  Response to Request for Admissions"
14
         5        Document entitled "Plaintiff's           68
15                Answers to First Set of
                  Interrogatories"
16
         6        Letter to "Dear Sirs" from Evgeny        82
17                Okmyansky dated July 30, 1997

18       7        Letter to Mark from Evgeny               88
                  Okmyansky dated August 27, 1997
19
         8        Letter to Valentina Muronov              89
20                from Evgeny Okmyansky dated
                  October 30, 1997
21
         9        Letter to Kamil Ishkinyaev from          89
22                Ludmila Fedorovtseva dated
                  October 30, 1997
23
        10        Letter to Olga Muzalova from             90
24                Ludmila Fedorovtseva dated
                  October 30, 1997

4

1   EXHIBITS, Continued

2   11   Letter to Evgeny Okmyansky from          91
         Cheryl Smith dated December 23, 1997
3
4   12   Letter to Evgeny Okmyansky from          93
         Ludmila Fedorovtseva dated January
5        12, 1998

6   13   Letter to Evgeny Okmyansky from          94
         Cheryl Smith dated January 26, 1998

7   14   Letter to Evgeny Okmyansky from          96
         Ludmila Fedorovtseva dated April
8        1, 1998

9   15   Letter to Evgeny Okmyansky from          97
         Ludmila Fedorovtseva dated May 4,
10       1998

11  16   Letter to Anton Okmianski from           98
         Ludmila Fedorovtseva dated July 30,
12       1998

13  17   Letter to Evgeny Okmyansky from          98
         Ludmila Fedorovtseva dated August 4,
14       1998

15  18   Letter to Carol Hanna from Anton        100
         Okmianski dated December 23, 1998
16
17  19   Letter to Anton Okmianski and           102
         Evgeny Okmyansky from Jackie Fisher
18       dated February 9, 1999

19  20   Fax cover page to Carol Hanna from      103
         Evgeny Okmyansky with attached letter

20  21   Letter to Ethics Department from        104
         Evgeny Okmyansky dated December 20,
21       1996

22  22   Letter to Elena Kadisheva from          105
         Ludmila Fedorovtseva dated July 18,
23       1997

24

5

1          EXHIBITS, Continued

2              23     Letter to Mikhail Gorbatov from        106
                      Ludmila Fedorovtseva dated July 22,
3                     1997

4              24     Letter to Elen Gouliberenk from        107
                      Ludmila Fedorovtseva dated July 22,
5                     1997

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

9

1  Q.  I believe the question is did you recently move from

2      Canada to Russia?

3  A.  I live in two countries now, both in Canada and in

4      Russia.

5  Q.  Can you give me your Canadian address?

6  A.  It's 103 Old Surrey Lane, Richmond Mill --

7                  THE WITNESS: Richmond Hill.

8  A.  I'm sorry.  Richmond Hill, Ontario.

9  Q.  How often do you spend at your Moscow address this

10     year so far?

11 A.  It was half in Canada and half in Moscow.  Half time

12     in Canada, half time in Moscow.

13 Q.  Where did you come from to attend your deposition

14     here in Boston today?

15 A.  From Toronto in Canada.

16 Q.  Do you also have a residence in Toronto?

17 A.  Yes.

18 Q.  What is your date of birth?

19 A.  July 4, 1952.

20 Q.  Of what country are you a citizen?

21 A.  Israel.

22 Q.  Are you a citizen of any other countries?

23 A.  Russia.

24 Q.  Are you a citizen of any other countries?

16

1                    THE WITNESS:  No.

2    A.   No, she's not active in this.  She's a housewife.

3    Q.   Mr. Okmyansky, do you speak English at all?

4    A.   Not really well.

5    Q.   Can you write in English?

6    A.   Not well.  Just a little.

7    Q.   And do you understand English when it's spoken to

8         you?

9    A.   Only with regard to Herbalife.  I understand

10        everything with regard to Herbalife, because I have

11        been in this business for 12 years.  I can

12        understand any language.

13   Q.   Are you currently employed?

14   A.   I am a full-time distributor.

15   Q.   For Herbalife?

16   A.   Yes.

17   Q.   Are you employed with any other business other than

18        as a full-time distributor with Herbalife?

19   A.   No, it's 100 percent Herbalife.

20   Q.   Did you graduate from what the American equivalent

21        is of high school?

22   A.   Yes.  Not in American, in Russia.

23   Q.   And what year was that?

24   A.   I graduated from a college in '74, must have been

1           that either.

2     A.    Since '95 when I came to live in Massachusetts, all

3           the checks that I get come to me in dollars and

4           there is no ambiguity about it.

5                     MR. BESPALKO:  I don't think that was

6           the answer.  The answer was that there is no

7           separation on the checks where they come from.

8                     THE TRANSLATOR:  There is no separation,

9           that's right.  That's the word that he used.

10                    MS. SANKARAN:   Okay.  Can I just ask

11          that you try to translate as literally as you can

12          what he's saying.

13                    THE TRANSLATOR:  Okay.

14    Q.    Do you know how much of your income comes from sales

15          in Massachusetts?

16    A.    No, I can't say exactly.

17    Q.    Can you give an approximation without guessing?

18    A.    I can't say because I do not get my bonus from the

19          sales that I do but from the sales that I get from

20          people I recruited.  The way Herbalife operates is

21          different from other companies.

22    Q.    Prior to 1992, where were you employed?

23    A.    We immigrated to Israel in 1990 and we gathered

24          oranges in Israel.

21

1    Q.    Were you working as an engineer still?

2    A.    Yes, I was still engineer.

3    Q.    And how long were you at that company?

4    A.    From '74 when I graduated.

5    Q.    And what was the name of that company?

6    A.    Construction Company Number 4, Metrostroi,

7          M-e-t-r-o-s-t-r-o-i.

8    Q.    Prior to 1974 were you employed?

9    A.    No.  I was a college student.

10   Q.    How did you come to work at Herbalife?

11   A.    I read in a paper that the company was recruiting

12         people with energy, and I heard that it was an

13         American company and I was tempted to join.

14   Q.    Did you know anyone working for Herbalife prior to

15         the time you joined?

16   A.    When I came to attend the first presentation, I

17         didn't even know the name.

18   Q.    What made you decide to join?

19   A.    I was told that it was a company that had great

20         prospects; that it was an American company, and that

21         I could work the world over.  And I realized that I

22         could help many people to find employment and to

23         work as independent contractors, independent

24         distributors, and to reach a better health.

25

1   A.   Yes.

2   Q.   And when did you sign it?

3   A.   When we put the contract together.

4   Q.   And when was that?

5   A.   It was in July 21, 1992.

6   Q.   And where were you when you signed this document?

7   A.   In Israel.

8   Q.   Did you have any discussions with anyone at

9        Herbalife regarding signing this document prior to

10       the time you signed it?

11  A.   Yes.

12  Q.   And who did you have conversations with?

13  A.   Elena Brodsky, Alexander Semionov.

14  Q.   And who is Elena Brodsky?

15  A.   She was my supervisor at the time.

16  Q.   Is she a distributor or is she --

17  A.   A distributor, yes.

18  Q.   Did you speak with -- I'm sorry.  Mr. Semionov, is

19       he a distributor?

20  A.   Yes.

21  Q.   Did you speak with anyone who was not an independent

22       distributor at Herbalife prior to the time you

23       signed this document?

24  A.   Not about this document.

28

1      people.  I don't remember their names now.  The

2      people at the meeting said that they got checks from

3      this company; that this was an American company and

4      it worked around the world and I was interested in

5      that.

6   Q.  Was anyone from Herbalife from the United States

7      present at that meeting?

8   A.  No.

9              MR. EIGERMAN:  I have 11.  Can we take a

10     two-minute or a five-minute break?

11             MS. SANKARAN:  Sure, that's a good

12     place to stop.  We'll take a few minute break and

13     come back.

14                 (Brief recess.)

15  Q.  When you signed the document we've marked as Exhibit

16     2, what did you understand your job to be?

17  A.  I thought that I would spread the ideas of good

18     eating habits around the world, and I also thought

19     that I would help other immigrants like myself to

20     earn their living in different countries of the

21     world.  I also thought that the company would

22     compensate me for reaching other people and for

23     showing them the ways to earn their living, to work.

24  Q.  And how did you understand you would be compensated?

DEPOSITION OF EVGENY OKMYANSKY

29

1   A.   The handbook that was attached to the contract

2        described the way of compensation, and it explained

3        that I would earn a percentage for recruiting the

4        people that would be working for the company, and I

5        would also get a percentage for those people who

6        would be recruited by the people I initially

7        recruited.

8   Q.   What language was the handbook in that was attached

9        to the contract?

10  A.   The book was in Hebrew, but the presentation was in

11       Russian and the illustrations were quite clear.  I

12       understood them all.  And I also saw the checks that

13       the people got in American dollars, and in the

14       description I saw that the company had branches in

15       different countries of the world and Australia, in

16       Canada, in Britain.

17  Q.   When did you see the checks that people had

18       received?

19  A.   At the first meeting.  I saw the people with checks

20       for $5,000 and $10,000 and they showed them.

21  Q.   And who showed the checks?

22  A.   Leon Waisbein, Emilia Waisbein, and there were other

23       people, but I do not remember them.

24  Q.   When you started working as a distributor, where did

30

1          you do your work?

2     A.   It was first in Israel, and then I moved to Russia

3          when I started doing this job because it's my native

4          country.

5     Q.   When did you move to Russia?

6     A.   In 1992.

7     Q.   And how long did you live there?

8     A.   Three years until 1995.

9     Q.   From 1992 to 1995 were you doing your work in

10         Russia?

11    A.   Mainly, yes.

12    Q.   Anywhere else in that time frame?

13    A.   In Israel.

14    Q.   And after 1995 where did you do your work?

15    A.   I moved to Boston and I worked here.  First we

16         rented and then we bought a large house.

17    Q.   When you were first working for Herbalife from

18         1992 -- strike that.

19                        How long did you work in Israel

20         after you just started as a distributor for

21         Herbalife?

22    A.   I can't say exactly because I moved to and forth

23         Israel Russia, so I was always in between Russia and

24         Israel.

32

1       Eigerman and Attorney Bespalko.)

2                   MR. EIGERMAN:  I'm going to direct the

3       witness not to answer that question.

4                   MS. SANKARAN:  It's not a privileged

5       communication, then what's your grounds?

6                   MR. EIGERMAN:  I would think the ground

7       is self-evident.  If nothing else, he has a fifth

8       amendment right.

9                   MS. SANKARAN:  Okay, if that's the

10      reason, that's fine.

11                  MR. EIGERMAN:  It's possible.

12                  MS. SANKARAN:  For the record, I believe

13      Mr. Eigerman has instructed the witness not to

14      answer and has indicated that perhaps there is a

15      fifth amendment reason for that.

16  Q.  When did you move from Boston?

17  A.  In January 2003.

18  Q.  And where did you move when you moved in January

19      2003?

20  A.  To Canada.

21  Q.  And where were you primarily doing your work for

22      Herbalife when you moved to Canada?

23  A.  In Montreal then in Toronto.

24  Q.  With respect to -- strike that.

65

 1          International of America.

 2    Q.    And if I call Herbalife International -- well,

 3          strike that.

 4                          In the next questions I'm going to

 5          ask you, I'm going to refer to Herbalife

 6          International of America, Inc., as the defendant; is

 7          that okay?

 8    A.    Yes.

 9    Q.    At the time you signed the document that is Exhibit

10          2 in front of you, did you know if the defendant had

11          any offices in Israel?

12    A.    Yes.

13    Q.    And do you remember where those offices were located

14          in Israel at that time?

15    A.    One was in Halon.

16    Q.    At the time that you signed the document that is

17          Exhibit 2 in front of you, did you know if the

18          defendant had any offices in Russia?

19    A.    No, I didn't know.

20    Q.    Did you know at the time that you signed Exhibit 2

21          whether the defendant had any offices in the United

22          States?

23    A.    Yes.  That was the only reason I signed it.

24                          MR. EIGERMAN:  I'm sorry?

1          MS. SANKARAN:   You know, that's a bad

2     question.   I'm going to withdraw it now that you

3     read it back.

4  Q.   * Which people on Exhibit 3 Part B did you learn in

5     1994 had signed separate distribution agreements

6     with other sponsors?

7  A.   I can't give you any dates and names now.   It all

8     took place in 1994.

9          MR. BESPALKO:   The way he answered was

10     he couldn't, indeed he couldn't give you the names

11     and dates.   It all happened in 1994 and 1995.

12          THE TRANSLATOR:   '95.

13          MR. BESPALKO:   1994 and 1995.   We can

14     ask it again.

15          THE TRANSLATOR:   Okay.

16          MR. BESPALKO:   So do you want to do that

17     again so that you're clear on the record.

18          MS. SANKARAN:   Okay, can you read back

19     my last question and then you can translate it from

20     what is written.

21               * (Question read.)

22  A.   I remember it was very recently in '94, and other

23     people it could be in '94 and '95.

24  Q.   Do you recognize this document I've just given you?

82

```
 1   A.    Yes.

 2   Q.    Did you write this letter?

 3   A.    Yes.

 4   Q.    Did anyone help you translate this letter?

 5   A.    Yes.

 6   Q.    Who helped you translate the letter?

 7   A.    I don't remember now.

 8   Q.    Did you ever write a draft of this letter in

 9         English?

10   A.    I wrote it in Russian.  It was translated for me to

11         English.

12   Q.    What is the date on this letter?

13   A.    July 30, 1997.

14   Q.    And is that your signature on the letter?

15   A.    Yes.

16                   MS. SANKARAN:   Can we mark that as the

17         next exhibit.

18                        (Document marked for identification

19         as Okmyansky Exhibit 6.)

20   Q.    Did you receive a decision on the case for

21         Mantsysova Ludmila on February 11, 1994?

22   A.    The decision was taken on February 11, 1994, but I

23         receive it much later.

24   Q.    When did you receive the decision?
```

83

| | | |
|---|---|---|
| 1 | A. | About six months later.  It took so long for mail to |
| 2 | | reach Russia at that time. |
| 3 | Q. | And did you learn that the case was closed? |
| 4 | A. | Their organization was back, given back to me. |
| 5 | Q. | I'm going to -- I mean I'm -- go off the record. |
| 6 | | (Discussion off the record.) |
| 7 | Q. | I'm going to read a sentence from the third |
| 8 | | paragraph, "Now I have been informed that the case |
| 9 | | is closed."  Did I read that correctly? |
| 10 | | MR. BESPALKO:  You've read it correctly, |
| 11 | | I'm sorry, but the translation was not equal to what |
| 12 | | you have read.  The translation went:  And now I |
| 13 | | have received a letter that the case is closed, when |
| 14 | | the sentence says and now I was informed. |
| 15 | | (Whereupon the translator |
| 16 | | translates to the witness.) |
| 17 | A. | Yes. |
| 18 | Q. | When did you learn that the case was closed? |
| 19 | A. | In 1997 and then I wrote a letter, and I contacted |
| 20 | | the office of the department many times. |
| 21 | Q. | Did you learn that the case was closed before July |
| 22 | | 30, 1997? |
| 23 | A. | Yes. |
| 24 | Q. | How soon before July 30, 1997 did you learn that the |

84

1       case was closed?

2   A.   I don't remember exactly.

3   Q.   Was it several weeks?

4   A.   Perhaps several months.

5                   MR. EIGERMAN:  Has this been marked?

6                   MS. SANKARAN:  Yes.

7                   MR. BESPALKO:  6.

8   Q.   Do you agree that you --

9                   MR. EIGERMAN:  One second please.

10                  MS. SANKARAN:  I'm sorry.

11                      (Conference between Attorney

12      Eigerman and Attorney Bespalko.)

13  Q.   Do you agree that you received a decision about the

14      case of Mantsysova Ludmila before July 30, 1997?

15                  MR. EIGERMAN:  I object.  First of all,

16      he's already answered that.  Secondly, isn't this

17      beyond the scope of our discovery in this phase?

18                      This phase, as I understand it, is

19      to determine what choice of law and what venue is

20      appropriate, whether it's for or not convenience,

21      but this would seem to me to be once we've chosen

22      the law, decided what statute of limitations apply.

23      This seems to be going to whether or not this is

24      within it or without it.  I don't think that's

1    within the scope, is it?

2              MS. SANKARAN:   I believe that within

3    the choice of law provisions is the statute of

4    limitations issue and that it was always

5    contemplated by the parties, and I could be wrong

6    about this, that maybe we didn't have an

7    understanding; but I always understood that when we

8    were going to brief things at the end of this, we

9    could be briefing statute of limitations.  That was

10   the whole point.  And I believe we discussed that

11   before Judge Tauro when we appeared for the Rule 16

12   conference.

13             MR. EIGERMAN:   I wasn't there but.

14             MR. BESPALKO:   We have an award.  Do we

15   have a copies?  Should we go off the record for two

16   minutes and take a look at it?  Because that was my

17   impression, that we would choose the law and that we

18   would choose the forum, and we would go from there.

19             MS. SANKARAN:  My impression was that we

20   told the judge that we would be possibly moving,

21   filing a motion with respect to venue or filing a

22   summary judgment motion, because perhaps the claims

23   would be barred by the statute of limitations.

24             MR. BESPALKO:  Sure, but my question is

86

1     we had a paper that was a proposed joint statement

2     and whatever, and it was endorsed by the Court by

3     the order.  Now, that paper is somewhere within the

4     file within walking distance from here.  Why don't

5     we suspend for two minutes and take a look at the

6     paper?

7                    MS. SANKARAN:   Okay.

8                    MR. EIGERMAN:  Maybe that will answer

9     the question, maybe it won't.

10                    MS. SANKARAN:  It probably won't because

11    Judge Tauro's orders are never all that specific.

12                    Okay.  We're going to suspend for a

13    few minutes and I'm going to check the order.

14                    MR. BESPALKO: If you're right, you're

15    right; and if you're not, you're not.

16                    (Discussion off the record.)

17                    (Brief recess.)

18                    MS. SANKARAN:  Back on.

19    Q.   Have you ever seen this document before?

20    A.   This is my letter.

21    Q.   Did you write this letter?

22    A.   I wrote it in Russian.  It was translated for me.

23    Q.   And who translated it?

24    A.   I don't remember.

87

1    Q.    Did you believe -- strike that.

2                        Who is Mark?

3    A.    Mark is president and the founder of the company.

4    Q.    Did you send this letter to Mark?

5    A.    Yes.

6    Q.    When you sent this letter, did you believe that this

7          was a correct translation of your Russian letter?

8    A.    Yes.

9                    MR. EIGERMAN:   How could he possibly

10         know that?

11                   MS. SANKARAN:   I'm asking what he

12         believed.

13                   MR. EIGERMAN:   Well, okay, he hoped.

14   Q.    Was there a decision rendered on the case of Ludmila

15         Mantsysova as of December 2, 1994?

16   A.    What is the decision that was taken?   What does it

17         mean decision taken?

18   Q.    I'll rephrase the question.   Did you receive a

19         decision on the case of Ludmila Mantsysova dated

20         December 2, 1994?

21   A.    Yes.

22                   MS. SANKARAN:   Can you mark that as the

23         next exhibit.

24

1                    (Document marked for identification

2          as Okmyansky Exhibit 7.)

3     Q.   Do you know who Valentina Muronov is?

4     A.   Yes.

5     Q.   And who is that?

6     A.   A member of my organization.

7     Q.   Do you recognize this letter that I've just given

8          you?

9     A.   Yes.

10    Q.   Did you receive a copy of this letter?

11    A.   Yes.

12    Q.   And did you receive it near October 30, 1997?

13    A.   With a short delay, yes.

14    Q.   Did someone translate this letter for you?

15    A.   Yes.

16    Q.   Who translated it?

17    A.   I don't remember.

18              MR. EIGERMAN:   I'm sorry?

19              THE TRANSLATOR: I don't remember.

20    Q.   Do you believe that the translation was a correct

21         translation?

22    A.   Yes.

23              MS. SANKARAN:   Can you mark that as the

24         next exhibit.

```
 1                    (Document marked for identification
 2        as Okmyansky Exhibit 8.)
 3   Q.   Have you ever seen this letter before?
 4   A.   Yes.
 5   Q.   Did you receive a copy of this letter?
 6   A.   Yes.
 7   Q.   Did you receive it near October 30, 1997?
 8   A.   Yes.
 9   Q.   Did someone translate this letter to Russian for
10        you?
11   A.   Yes.
12   Q.   Do you believe that that was a correct translation
13        that you received?
14   A.   Yes.
15                    MS. SANKARAN:   Can we mark that as the
16        next exhibit.
17                    (Document marked for identification
18        as Okmyansky Exhibit 9.)
19   Q.   Have you ever seen this document before?
20   A.   Yes.
21   Q.   Did you receive a copy of this letter?
22   A.   Yes.
23   Q.   Did you receive it near October 30, 1997?
24   A.   Yes.
```

90

1    Q.    Did someone translate this letter for you into

2          Russian?

3    A.    Yes.

4    Q.    Did you understand the letter when it was translated

5          for you?

6    A.    Yes.

7    Q.    Did you believe it to be a correct translation?

8    A.    Yes.

9                    MS. SANKARAN:    Can I mark it as the

10         next exhibit, please.

11                        (Document marked for identification

12         as Okmyansky Exhibit 10.)

13   Q.    Have you seen this letter before?

14   A.    Yes.

15   Q.    Have you seen the attachment to the letter?

16   A.    Yes.

17   Q.    Did you receive this letter near December 23, 1997?

18   A.    Yes.

19   Q.    Did someone translate this letter for you into

20         Russian?

21   A.    Yes.

22   Q.    Did you understand the translation?

23   A.    Yes.

24   Q.    And was the attachment translated for you in

1          Russian?

2     A.   Yes.

3     Q.   And did you understand the translation of the

4          attachment?

5     A.   Yes.  Absolutely.

6     Q.   Did you believe that the translation of these two

7          pages was accurate?

8     A.   Yes.

9                    MS. SANKARAN:   Mark that as the next

10         exhibit, please.

11                        (Document marked for identification

12         as Okmyansky Exhibit 11.)

13    Q.   Have you seen this letter before?

14    A.   Yes.

15    Q.   Did you receive this letter near January 12, 1998?

16    A.   Yes.

17    Q.   Did someone translate this letter for you into

18         Russian?

19    A.   Yes.

20    Q.   Did you understand the translation?

21    A.   Can I ask the translation, because I don't remember

22         the content of one of the passages here.

23    Q.   Sure.

24                   MS. SANKARAN:  If since a question isn't

92

1      pending, if you want to go out and talk to him and

2      translate for him, that's fine.

3               MR. BESPALKO:  No, I think the question

4      was whether at the time when he got this letter and

5      someone translated it for him, he believed the

6      translation to be accurate.  That was the question I

7      believe.

8               MS. SANKARAN:   I don't know whether it

9      was that or that he understood it, but I mean if he

10     wants you to translate it, I have no problem with

11     that.  If he doesn't remember what it is and he

12     wants his memory refreshed, I have no problem if you

13     guys want to go talk about the letter.

14              MR. BESPALKO:  No, but I mean are you

15     going to go into the content of the letter in great

16     detail ?

17              MS. SANKARAN:   No.

18              MR. BESPALKO:  No, so I think this is

19     not the question.  I don't think he needs it now.

20     He can answer whether at the time when he received

21     it and somebody translated it and he believed that

22     translation to be accurate so that he fully

23     understood what the letter was about.

24            MR. EIGERMAN:  At that time.

93

1          MR. BESPALKO:  Yes, at that time.  Sure,
2    he can answer that.
3          MS. SANKARAN:  Okay.
4          MR. BESPALKO:  If we could just
5    translate it again.
6          MS. SANKARAN:  I'll just ask the
7    question again just to keep the record kind of neat.
8  Q.  When you received this letter, did someone translate
9    it for you into Russian?
10 A.  Yes.
11 Q.  Do you remember who translated it?
12 A.  I don't remember.
13 Q.  Did you understand it when the letter was
14   translated?
15 A.  Yes.
16 Q.  And did you believe that the translation was an
17   accurate translation?
18 A.  Yes.
19          MS. SANKARAN:   Mark that as the next
20   exhibit.
21          (Document marked for identification
22   as Okmyansky Exhibit 12.)
23 Q.  Have you seen this letter with the attachment
24   before?

94

1    A.   Yes.  It's the same case.

2    Q.   Did you receive this letter near January 26, 1998?

3    A.   Yes.

4    Q.   Did someone translate this letter and attachment for

5         you to Russian?

6    A.   Yes.

7    Q.   Did you understand the translation?

8    A.   Yes.

9    Q.   Did you believe the translation was accurate?

10   A.   Yes.

11                  MS. SANKARAN:   Mark it as the next

12        exhibit.

13                       (Document marked for identification

14        as Okmyansky Exhibit 13.)

15   Q.   Did you ever receive this letter and the attachment?

16   A.   Yes.

17   Q.   Did you receive it near April 1, 1998?

18   A.   With some delay.

19   Q.   How much of a delay?

20   A.   Perhaps a month.

21                  MR. EIGERMAN:   What did he say?

22                  MS. SANKARAN:   Perhaps a month.

23                  MR. EIGERMAN:   That's quite a delay.

24                  MS. SANKARAN:   From Los Angeles to

95

1         Framingham, it sure is.

2                        Can you translate that, please.

3                        (Whereupon the translator

4         complies.)

5    A.    We had vacation in April.

6    Q.    Did someone translate this letter for you when you

7         received it?

8    A.    Yes.

9    Q.    Do you know who translated it?

10   A.    I don't remember.

11   Q.    Did you understand the translation?

12   A.    Yes, I understood the translation and I was shocked.

13   Q.    Did you believe the translation was correct?

14   A.    Yes.

15   Q.    Is this your handwriting on the second page?

16   A.    Yes, I wrote this.

17   Q.    Did you ever send this letter with the handwriting

18         to anyone?

19   A.    Yes.

20   Q.    And who did you send it to?

21   A.    To my sponsor Emilia and to Leon Waisbein.

22   Q.    Did you send it to anyone else?

23   A.    Also wrote to the company, to Ludmila Fedorovtseva,

24         and to her manager.

96

1    Q.    You sent the second page with this handwriting to

2           Ludmila Fedorovtseva?

3    A.    Yes.

4    Q.    Did you receive a response back?

5    A.    Yes.

6                   MS. SANKARAN:  Can we mark that as the

7           next exhibit, please.

8                     (Document marked for identification

9           as Okmyansky Exhibit 14.)

10    Q.    Did you ever receive this letter I've just given

11          you?

12                 THE WITNESS:  Yes, I have received it.

13    A.    Yes.

14    Q.    Did you receive it near May 4, 1998?

15                 THE WITNESS:  Yes.

16    A.    Yes.

17    Q.    Did someone translate it to Russian for you when you

18          received it?

19    A.    Yes.

20    Q.    Did you understand the translation?

21    A.    Yes.

22    Q.    Did you believe that the translation was accurate?

23    A.    Yes.

24                 MS. SANKARAN:  Can you mark that as the

97

1      next exhibit.

2                        (Document marked for identification

3      as Okmyansky Exhibit 15.)

4    Q.   Let me show you a document.   Who is Iren V.

5         Novoroussova?

6    A.   Iren Novoroussova, it's my distributor.

7    Q.   Is this person someone you claim you are owed

8         commissions for?

9                        THE WITNESS:   Yes, we talked about it.

10   A.   Yes, we talked about him.

11   Q.   Did you receive a copy of this letter?

12   A.   Yes.

13   Q.   It's addressed to your son, though, correct?

14   A.   I got a copy of it.

15   Q.   Did you get a copy of it near July 30, 1998?

16   A.   Yes.

17   Q.   Did someone translate the letter and the attachment

18        for you when you received it?

19   A.   Yes.

20   Q.   Did you understand the translation?

21                       THE WITNESS:   I understand the whole

22        letter because it's all the same.   Yes.

23   A.   Yes.

24   Q.   Did you believe the translation was correct?

98

1    A.    Yes.

2              MS. SANKARAN:    Can you mark that as the

3          next exhibit, please.

4                    (Document marked for identification

5          as Okmyansky Exhibit 16.)

6    Q.    Did you receive a copy of this letter and

7          attachment?

8    A.    Yes.

9    Q.    Did you receive it near August 4, 1998?

10   A.    Yes.

11   Q.    Did someone translate this letter and the attachment

12         for you when you received?

13   A.    Yes.

14   Q.    Who translated it for you?

15   A.    I don't remember.

16   Q.    Did you understand the translation?

17   A.    Yes.

18   Q.    Did you believe the translation was accurate?

19   A.    Yes.

20              MS. SANKARAN:    Okay.  Mark that as the

21         next exhibit.

22                    (Document marked for identification

23         as Okmyansky Exhibit 17.)

24   Q.    Did you know as of August 4, 1998 a decision had

1      been made in the case of Michail Archavski?

2  A.   Yes.

3  Q.   Do you recognize this letter?

4  A.   Yes.

5  Q.   This relates to your son's downline; is that

6       correct?

7  A.   Yes.

8  Q.   Do any of the cases referenced in this letter relate

9       to your downline?

10 A.   All of them.

11 Q.   Did your son show you -- strike that.

12                      Did your son send this letter to

13      Carol Hanna?

14 A.   Yes, it's his signature.

15 Q.   Did he show you this letter before he sent it?

16 A.   Yes.

17 Q.   Did he translate it to Russian for you before he

18      sent it?

19 A.   Yes.

20 Q.   Did you understand the translation?

21 A.   Yes.

22 Q.   Did you believe the translation was accurate?

23 A.   Yes.

24 Q.   Did he discuss with you the contents of this letter

100

```
 1        before he wrote it?
 2    A.    Yes, we wrote it together.
 3                    MS. SANKARAN:   Can you mark that as the
 4        next exhibit.
 5                    (Document marked for identification
 6        as Okmyansky Exhibit 18.)
 7                    MS. SANKARAN:   Just off the record for
 8        a second.
 9                    (Discussion off the record.)
10                    MS. SANKARAN:   Back on the record.
11    Q.    Can you look at Exhibit 16.   As of July 30, 1998 --
12        strike that.
13                    Near July 30, 1998 did you know a
14        decision had been made in the case of Valery
15        Novorussov?
16    A.    Yes.   I got this letter and I read it, yes.     .
17    Q.    Exhibit 15, near May 4, 1999, did you know a
18        decision had been made in the case of Veraskina?
19                    MR. EIGERMAN:   If one had been.
20    A.    Yes.
21    Q.    Exhibit 14.   As of April 1, 1998, did you know a
22        decision had been made in the case of Valentina
23        Borisova?
24    A.    Yes.   I already said so.
```

DEPOSITION OF EVGENY OKMYANSKY

1   Q.   Can you look at Exhibit 13, please.

2   A.   (Whereupon the witness complies.)

3   Q.   As of January 26, 1998, did you know a decision had

4        been made in the case of Tatiana Veraskina?

5   A.   Yes.

6   Q.   Can you look at Exhibit 12.

7   A.   (Whereupon the witness complies.)

8   Q.   As of January 12, 1998 did you know a decision had

9        been made with respect to the cases Svetlana

10       Sokolova?

11  A.   Yes.

12  Q.   Will you look at Exhibit 11.

13  A.   (Whereupon the witness complies.)

14  Q.   As of December 23, 1997, did you know a case had

15       been -- sorry -- a decision had been made in the

16       case of Tatiana Veraskina?

17  A.   Yes.

18  Q.   Can you look at Exhibit 10?

19  A.   (Whereupon the witness complies.)

20  Q.   As of October 30, 1997 did you know a decision had

21       been made in the case of Olga Muzalova?

22  A.   Yes.

23  Q.   Can you look at Exhibit 9.

24  A.   (Whereupon the witness complies.)

102

Q. As of October 30, 1997 did you know a decision had been made in the case of Kamil Ishkinyaev?

A. Yes.

Q. And Exhibit 8, as of October 30th or near October 30th, did you know that a decision had been made in the case of Valentina Muronov?

A. Yes.

Q. Did you receive a copy of this letter?

A. Yes.

Q. Did you receive it near February 9, 1999?

A. Yes.

Q. Did someone translate it for you when you received it?

A. Yes.

Q. Did you understand the translation?

A. Yes.

Q. Do you know who translated it?

A. I don't remember.

Q. Did you believe the translation was correct?

A. Yes.

MS. SANKARAN:  Can you mark that as the next exhibit.

(Document marked for identification as Okmyansky Exhibit 19.)

1   Q.   Have you seen this document before?

2   A.   Yes.

3   Q.   Did you send this letter?

4   A.   Yes.

5   Q.   Who wrote this letter?

6   A.   I wrote it in Russian.

7   Q.   Who translated it to English?

8   A.   I don't remember.

9   Q.   Did you believe that the translation was correct?

10  A.   Yes.

11  Q.   And you faxed this letter?

12  A.   Yes.

13  Q.   Is that your signature on the last page?

14  A.   Yes, it's my signature.

15              MS. SANKARAN:   Can you mark that as the

16       next exhibit.

17                   (Document marked for identification

18       as Okmyansky Exhibit 20.)

19  Q.   Have you seen this document before?

20              THE WITNESS:  Yes, of course.

21  A.   Yes, of course.

22  Q.   Did you write this letter?

23  A.   Yes.

24  Q.   Did you write it in English?

104

1   A.   No, in Russian.

2   Q.   Who translated it?

3   A.   I don't remember.

4   Q.   Do you believe the translation is correct?

5   A.   Yes.

6   Q.   Who did you send this to?

7   A.   To the ethical department, department of ethics of

8        Herbalife International in Los Angeles, the

9        headquarters.

10                  MS. SANKARAN:   Can you mark that as the

11       next exhibit.

12                       (Document marked for identification

13       as Okmyansky Exhibit 21.)

14  Q.   Have you ever seen this letter before?

15  A.   Yes.

16  Q.   Did you receive a copy of it near July 18, 1997?

17  A.   Yes.

18  Q.   Who gave you a copy of this letter?

19  A.   It was mailed to me.

20  Q.   Who mailed it to you?

21  A.   As usual, Herbalife, like the rest of them.

22  Q.   The letter is addressed to Elena Kadisheva, correct?

23  A.   I got a copy.

24  Q.   Did Elena give you a copy?

105

1   A.   No.

2   Q.   Did you submit anything to Herbalife with respect to

3        Elena Kadisheva in writing?

4   A.   I don't remember.

5                MS. SANKARAN:   Can you mark that as the

6        next exhibit.

7                (Document marked for identification

8        as Okmyansky Exhibit 22.)

9   Q.   Have you ever seen this letter before?

10  A.   Not the same, this very letter, but the copy that

11       was addressed to me.

12  Q.   But you've never seen this letter before?

13  A.   It was identical with the exception of the name on

14       the first line which was Evgeny Okmyansky.

15               MR. BESPALKO:   Well, we have cover

16       letters that usually enclose different letters to

17       different people.  I presume that's the answer and

18       we can stipulate to that.  I mean I presume it came

19       from us.

20               MS. SANKARAN:   Yes, you guys produced

21       it, so I'm assuming.

22               MR. BESPALKO:  So if you look at the

23       previous exhibits, whatever they were, some of them

24       have cover letters and identical letters which are

106

1      addressed to the actual people.  So I would presume

2      that this was the same story, and we will stipulate

3      to that.

4   A.   All the letters are sent to two addresses, to them

5      and to me.

6   Q.   Did you submit anything in writing to Herbalife with

7      respect to Mikhail Gorbatov?

8   A.   Yes.

9   Q.   Did you ever receive a response from Herbalife?

10   A.   Yes, this was a response.

11          MS. SANKARAN:   Can you mark that as the

12      next exhibit.

13           (Document marked for identification

14      as Okmyansky Exhibit 23.)

15   Q.   Have you ever seen this letter before?

16   A.   Yes, a similar one was addressed to me.

17          MS. SANKARAN: And to the extent that you

18      have a similar one that is addressed to him that

19      hasn't been produced, I just ask that it be produced

20      to the extent that you have it.

21          MR. EIGERMAN:  I'm sure I don't.  I'm

22      sure he gave you everything, but we'll look.

23   Q.   Have you ever submitted anything in writing to

24      Herbalife International of America, Inc., with

107

1          respect to Elena Gouliberenko?

2     A.   Yes.

3     Q.   And did you ever receive a response?

4     A.   Yes.

5     Q.   And what was the response?

6     A.   The response was that she signed the second contract

7          and that her organization included Elena was

8          returned to me.

9     Q.   And when did you receive that response?

10    A.   I don't remember exactly.

11    Q.   Was it after July 22, 1997?

12    A.   Yes.

13    Q.   Do you know how soon after July 22, 1997 it was?

14    A.   About six months later.

15               MS. SANKARAN:    Mark that as the next

16          exhibit, please

17                    (Document marked for identification

18          as Okmyansky Exhibit 24.)

19    Q.   Did you ever submit anything in writing to the

20         defendant with respect to Elena Artamonova?

21    A.   Yes.

22    Q.   And when did you submit that complaint?

23    A.   I don't remember.

24    Q.   Did you ever receive a response?

108

1    A.   Yes.

2    Q.   And when did you receive a response?

3    A.   I don't remember.

4    Q.   What was the response?

5    A.   I don't remember.

6    Q.   Did you ever submit anything to the defendant with

7        respect to he Elvira Tabolova?

8    A.   Yes.

9    Q.   When did you submit something to Herbalife with

10       respect to Elvira Tabolova?

11   A.   I don't remember.

12   Q.   Did you ever receive a response?

13   A.   I don't remember.

14   Q.   Did you ever submit anything to the defendant in

15       writing with respect to Igor Averin?

16   A.   Yes.

17   Q.   When did you submit something to the defendant in

18       writing with respect to Igor Averin?

19   A.   I don't remember.

20   Q.   Did you ever submit anything to the defendant in

21       writing with respect to Pavel Lebedev?

22   A.   I don't remember.

23   Q.   Did you ever submit anything to the defendant in

24       writing with respect to Edouard Olevinski?

109

| | |
|---|---|
| 1 | A.   I don't remember. |
| 2 | Q.   Did you ever submit anything in writing to the |
| 3 | defendant Alexander -- I'm sorry -- to the defendant |
| 4 | about Alexander Fedorov? |
| 5 | A.   I don't remember. |
| 6 | Q.   Did you ever submit anything in writing to the |
| 7 | defendant about Irina Balabanova? |
| 8 | A.   I don't remember. |
| 9 | Q.   Did you ever submit anything in writing to the |
| 10 | defendant about Galina Griboedova? |
| 11 | A.   I don't remember. |
| 12 | Q.   Did you ever submit anything to the defendant in |
| 13 | writing about Sergei Vilenski? |
| 14 | A.   There were no questions.  There was no second |
| 15 | contract on his name. |
| 16 | MR. BESPALKO:  Again, I believe we are |
| 17 | reading from the Statement 26F statement submitted |
| 18 | by the defendant that we have already conceded that |
| 19 | some of the names that made there way into B8 are |
| 20 | not actual -- the claim based people, are just |
| 21 | people who have information in general concerning |
| 22 | this case as we were supposed to give and this was a |
| 23 | mistake of counsel. |
| 24 | MS. SANKARAN:   Can we go off the record |

1      for a minute.

2                      (Discussion off the record.)

3                      MS. SANKARAN:   Back on the record.

4   Q.   Did you ever submit anything in writing to the

5        defendant with respect to Igor Zamri?

6   A.   I don't remember.

7   Q.   Did you ever submit anything to the defendant in

8        writing with respect to Denis Guziakov?

9   A.   Not his personal case, but he is included in

10       Borisova.

11  Q.   Did you ever submit anything in writing -- or strike

12       that.

13                     Did Miss Borisova receive anything

14       in response from Herbalife with respect to the case

15       of Denis Guziakov?

16  A.   There is no separate case for Guziakov.

17  Q.   Did you ever submit anything in writing to the

18       defendant with respect to Irina Verishko?

19  A.   Just like Guziakov, she's part of Borisova's case.

20  Q.   If you look at Exhibit 3 of all the people that are

21       in Part B, can you tell me which ones are people who

22       are the basis of your claim for commissions or

23       royalties that were paid to people other than you?

24  A.   Number 1 Valentina Borisova, Number 2 Ludmila

111

1    Mantsysova, Number 3 Dmitri Yurin.   Number 4

2    Svetlana Sokolova, I was already paid for her.

3    There is no claim there.   Number 5 Valery

4    Novorussov, I'm owed for him.   Same for Michail

5    Archavski.   Number 7 Elena Goliberenko, I'm owed.

6    Number 8 Mikhail Gorbatov, again, I'm owed.   Number

7    9, Olga Zakarikina I'm owed.   Number 10 Svetlana

8    Mirgozodskaya the same.   I was paid for 11, 12, 13

9    and 14.   15, 16, 17 up to 23 I'm not sure.   I don't

10   have enough information from Herbalife.   For 24,

11   money was withdrawn from me, all the calculations

12   completed.

13              MR. BESPALKO:   I believe this means that

14        there is no claim for Number 24, yes.

15   A.   25 and 26 got their way in this list as witnesses.

16        27 and 28 are part of Borisova's case.

17              MS. SANKARAN:   That's all I have.

18              MR. EIGERMAN:   I have a question.

19                  CROSS-EXAMINATION

20   BY MR. EIGERMAN:

21   Q.   Mr. Okmyansky, where does your son live?

22   A.   In Boston.

23   Q.   In the City of Boston or some other town in Boston?

24              THE WITNESS:   In Lincoln.

DEPOSITION OF EVGENY OKMYANSKY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



Civil Action No. 03- 10574-JLT

Evgeny Okmyansky,
          Plaintiff,

v.

Herbalife International of
America, Inc.,
          Defendant

PLAINTIFF'S STATEMENT PURSUANT TO F.R.C.P 26(f)

Now comes the plaintiff, Evgeny Okmyansky, and hereby makes the following mandatory initial disclosure of information pertinent to the case at bar pursuant to Rule 26 of the Federal Rules of Civil Procedure, and Rule 26.1 of the Local Rules of the District Court for the District of Massachusetts:

A.  The following is the itemization and computation of the plaintiff's damages:

The plaintiff believes himself entitled to at least $224,000 with respect to the sales made by Valentina Borisova. This estimate is based on applying the defendant's formula for commissions, royalties, and other payments to the volume figures for Valentina Borisova available to the plaintiff from the documents set forth in paragraph C below.

The plaintiff believes that he is entitled to similar amount of compensation based upon sales volume of at least two other individuals listed in paragraph B below, Mikhail Arshavsky and Valery Novorussov.

The total estimate of the plaintiff's damages at this time approximates $670,000.

1

The plaintiff is unable to compute the amount of additional commissions, royalties, and other entitlements because the information necessary to make appropriate computation is solely in the possession and control of the defendant.

B. <u>Names, known addresses and telephone numbers of all persons known or believed to have information pertinent to the case:</u>

a. *The following is a list of persons whose contracts and contributions constitute the bases of the plaintiff's entitlement to commissions, royalties, and other payments from the defendant, which the plaintiff believes the defendant disbursed improperly to persons other than the plaintiff:*

1. Valentina Borisova, Herbalife Complaint No. RSDD00096, ID No. 16-017927, present address unknown, tell 0954489967;

2. Ludmila Mantsysova, Herbalife Complaint No. ISDD000042, ID No. 16-017896, present address and telephone unknown;

3. Dmitri Yurin, ID No. 16-017907, present address and telephone unknown;

4. Svetlana Sokolova, Herbalife Complaint No. RSDD000050, present address and telephone unknown;

5. Valery Novorussov, Herbalife Complaint No. RSD000111, ID No. 16-029309, present address and telephone unknown;

6. Michail Archavski or Arshavsky, Herbalife Complaint No. RSD000107, ID No. 16-029325, last known address 4804 Laurel Canyon Blvs., #810, Valley Village, CA 91607;

7. Elena Goliberenko, Herbalife Complaint No. RSD000102, present address and telephone unknown;

2

8.     Mikhail Gorbatov, Herbalife Complaint No. RSD000101, present address and telephone unknown;

9.     Olga Zakarikina, Herbalife Complaint No. RSD000116, ID No. 16-017904, present address and telephone unknown;

10.     Svetlana Mirgozodskaya, Herbalife Complaint No. RSD000117, ID No. 16-017918, present address and telephone unknown;

11.     Olga Muzalova, Herbalife Complaint No. RSD000097, present address and telephone unknown;

12.     Elena Kadisheva, Herbalife Complaint No. RSD000098/ 10-327439, present address and telephone unknown;

13.     Valentina Muronov, Herbalife Complaint No. RSD000099, present address and telephone unknown;

14.     Kamil Ishkinyaev, Herbalife Complaint No. RSD000100, present address and telephone unknown;

15.     Elena Artamonova, Herbalife ID No. 16-509271, present address and telephone unknown;

16.     Elvira Tabolova, Herbalife ID No. 10-107686, present address and telephone unknown;

17.     Igor Averin, Herbalife ID No. 16-509290, present address and telephone unknown;

18.     Pavel Lebedev, Herbalife ID No. 16-509239, present address and telephone unknown;

19.     Edouard Olevinski, Herbalife ID No. 10-172717, present address and telephone unknown;

20.   Irina Balabanova, Herbalife ID No. 16-509214, Herbalife ID No. 16-509290, present address and telephone unknown;

21.   Alexander Fedorov, Herbalife ID No. 10-171056, Herbalife ID No. 16-509290, present address and telephone unknown;

22.   Galina Griboedova, Herbalife ID No. 10-172696, present address and telephone unknown;

23.   Igor Zamri, Herbalife ID No. 10-172605, present address and telephone unknown;

24.   Tatiana Veriaskina, Herbalife ID No. 38-181319, present address and telephone unknown;

25.   Sergei Vilenski, Herbalife ID No. 10-10769, present address and telephone unknown;

26.   Leon Waisbein,  Charmclab member Distributor Herbalife, id 16013444, tel  972 03 5759856

27 .   GUZIAKOV;DENIS   Herbalife ID No. 10304226    tell 0953939732

28.   VERISHKO;IRINA   Herbalife ID No. 38203117   tell  0959086219


b.   *The following persons are believed to have acted on behalf of the defendant in connection with the plaintiff's claims:*

27.   Carol Hanna. Upon information and belief, this person is currently employed by the defendant, but otherwise her present address and telephone is unknown to the plaintiff;

28.   Jackie Fisher. Upon information and belief, this person is currently employed by the defendant, present address and telephone unknown;

4

29.   Nancy Fleming. Upon information and belief this person is currently or formerly employed by defendant, present address and telephone unknown;

30.   Ludmila Fedorovtseva. Upon information and belief this person is currently or formerly employed by defendant, present address and telephone unknown;

31.   Nancy Flannagan. Upon information and belief this person is currently or formerly employed by defendant, present address and telephone unknown;

32.   Cheryl Smith. Upon information and belief this person is currently or formerly employed by defendant, present address and telephone unknown;

33.   Anne O'Halloran. Upon information and belief this person is currently or formerly employed by defendant, present address and telephone unknown;

34.   Silvia Ramirez. Upon information and belief this person is currently or formerly employed by defendant, present address and telephone unknown;

C.   <u>The following categories of documents are available for inspection and copying at the offices of the plaintiff's counsel at 50 Congress Street, Suite 200, Boston, MA 02109 during reasonable business hours:</u>

1.   Copies of correspondence from plaintiff to defendant pertinent to the claims at issue in this action;



5

2.  Copies of correspondence from defendant to plaintiff pertinent to the claims at issue in this action;

3.  Copies of miscellaneous memoranda, notes, and correspondence from third parties to the defendant pertinent to the claims at issue in this action.

## CERTIFICATION

I, Evgeny Okmyansky, hereby attest under pains and penalties of applicable laws that the information provided above is true and correct to the best of my knowledge at this time.



Evgeny Okmyansky

Notary public

My commission expires   N/A

Dated: June _20_, 2003

## CERTIFICATE OF SERVICE

I, Pavel Bespalko, hereby certify that I served the foregoing document upon the defendant by mailing the same via first-class mail, postage pre-paid, to its counsel Paul Greenberg, Esq. of Greenberg & Traurig, at One International Place, Boston, MA 02110 this _20_ day of June, 2003.

18th day of July 2003

Pavel Bespalko



**HERBALIFE.**

HERBALIFE INTERNATIONAL Of AMERICA, INC.
9800 La Cienega Blvd. • Inglewood, CA 90301
(310) 410-9600 • Fax (310) 258-7123

Distributor Policy Administration

Okmyansky EXHIBIT 19 3/29/04 MJO

February 9, 1999

Anton Okmianski and Evgeny Okmyansky
6 Bonvini Drive
Framingham, MA 01701

Dear Anton and Evgeny,

Carol Hannah has asked that I correspond with in response to  your appeal letter regarding Herbalife's resolution of the monetary adjustments on a dual distributorship violation involving Valentina Borisova, File Number RSDD000096.  In addition, in various correspondences from you as well as your upline, Leon Waisbein, we have been asked to supply you with information regarding Herbalife's resolution of a number of other cases.  I will address each of these matters separately below.

Based on all of the facts of the case involving Valentina Borisova, the resolution was made to transfer the lineage, without monetary adjustments.  Part of the basis for this particular resolution is the current and past business situation in Russia, of which I am sure you are aware. The same basis was used in the resolution of the cases of Ludmila Mantsysova, File Number ISDD000042 and Svetlana Sokolova, File Number RSDD000050.

You have also asked about the status of Valery Novorussov, File Number RSDD000111.  The file was resolved and the resolution letter was sent on July 30, 1998.  The resolution was to move the lineage, without  monetary adjustments.  The three downline of Valery Novorussov also had dual distributorships. Those cases were resolved prior to the resolution of RSDD000111 and were, therefore, already in the proper lineage.

Other cases you have inquired about are Michaele Archavski, File Number RSDD000107, Elena Goliberenko, File Number RSDD000102 and Mikhail Gorbatov, File Number RSDD000101.  These cases were linked, and have all been resolved.  The final letter outlining the resolution to move the lineages was sent July 31, 1998.  It was also decided to not do monetary adjustments on these cases.

Finally, the following dual distributorship cases, although decided in your favor, were determined to be uncollectable in regard to the monetary adjustments, due to the inactivity of the original upline:

| RSDD000116 | Olga Zakarikina | RSDD000117 | Svetlana Mirgozodskaya |
| RSDD000097 | Olga Muzalova | RSDD000098 | Elena Kadisheva |
| RSDD000099 | Valentina Muronov | RSDD000100 | Kamil Ishkinyaev |

We appreciate your patience in allowing us the time to fully review all of the information.  In regard to your comparison of these cases with other cases, as you know, we review these matters on a case-by-case basis, and must take into consideration all relevant information in each case.  While there may be similarities between certain cases, each case is unique, and the resolution is unique based on all the relevant information.  In closing, it is our goal to ensure timely communication with our Distributors in the future, and we know we can count on your support.

Sincerely,

Jackie Fisher
Vice President of Distributor Policy Administration
HERBALIFE INTERNATIONAL OF AMERICA, INC.

cc: Leon Waisbein