# EXHIBIT 23

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:03-cv-10574-JLT

Okmyansky v. Herbalife
Assigned to: Judge Joseph L. Tauro
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1442 Petition for Removal- Breach of Contract

Date Filed: 03/28/03
Jury Demand: Defendant
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**
------------------------

**Evgeny Okmyansky**     represented by   **Joel Z. Eigerman**
Joel Z. Eigerman, Attorney-at-Law
Suite 200
50 Congress Street
Boston, MA 02109
617-523-3050
Fax : 617-523-3050
Email: joel@eigerman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pavel Bespalko**
Law Offices of Joel Eigerman
50 Congress Street
Suite 200
Boston, MA 02109
617-818-1982
Fax : 617-523-5612
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
------------------------

**Herbalife International ofd America, Inc.**     represented by   **Annapoorni R. Sankaran**
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110
617-310-6000
Fax : 617-310-6001
Email: sankarana@gtlaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary R. Greenberg**
Greenberg Traurig, LLP
One International Place
Third Floor
Boston, MA 02110
617-310-6013
Fax : 617-310-6001
Email: greenbergg@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Kaufman**
Ropes & Gray LLP
One International Place
Boston, MA 02110
617-951-7540
Fax : 617-951-7050
Email: skaufman@ropesgray.com
*TERMINATED: 04/09/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 03/28/2003 | 1 | Notice of Removal filed. Received from: Middlesex Superior Court; State Court Docket #: 03-0765. Assigned to: Judge Tauro Amount: $ 150. Fee status: pd c/s (ssp) Modified on 05/07/2003 (Entered: 03/31/2003) |
| 03/28/2003 |  | Case assigned to to Ch. Mag Judge Marianne B. Bowler for any future references (ssp) (Entered: 03/31/2003) |
| 03/28/2003 | 2 | State Court Record (certified copy), filed. Service in state court on 2/24/03 Answer filed in state court on 07/24/03. filed (ssp) Modified on 04/17/2003 (Entered: 04/08/2003) |
| 04/09/2003 | 3 | Notice of appearance of attorney for Herbalife by Gary R. Greenberg, Annapoorni R. Sankaran, filed. c/s (ssp) (Entered: 04/10/2003) |
| 04/09/2003 | 4 | Notice of withdrawal of counsel by attorney Steven A. Kaufman for Herbalife filed. c/s (ssp) (Entered: 04/10/2003) |
| 05/01/2003 | 5 | Assented Motion by Evgeny Okmyansky, Herbalife for leave to file response to first amended complaint , filed. c/s (ssp) (Entered: 05/06/2003) |

| | | |
|---|---|---|
| 05/12/2003 | | Judge Joseph L. Tauro . Endorsed Order entered granting [5-1] motion for leave to file response to first amended complaint . [EOD Date 5/13/03] cc/cl (ssp) (Entered: 05/13/2003) |
| 05/12/2003 | 6 | Answer to Amended complaint and Jury Demand by Herbalife International ofd America, Inc..c/s(Spencer, Sherry) (Entered: 05/19/2003) |
| 05/28/2003 | 7 | NOTICE of Scheduling Conference Scheduling Conference set for 7/1/2003 11:15 AM in Courtroom 20, 7th floor before Joseph L. Tauro. cc/cl(Spencer, Sherry) (Entered: 05/29/2003) |
| 05/28/2003 | 8 | Judge Joseph L. Tauro : DISCOVERY ORDER entered. On or before, June 20, 2003, the patries shall have exchanged and reviewed all documents. cc/cl (Spencer, Sherry) (Entered: 05/29/2003) |
| 06/20/2003 | 9 | JOINT STATEMENT re scheduling conference. Conference set for 7/1/2003 11:15 AM in Courtroom 20 before Joseph L. Tauro. c/s (Spencer, Sherry) (Entered: 06/25/2003) |
| 06/20/2003 | 10 | JOINT MOTION to Bifurcate Discovery, MOTION for Approval of Phase I Discovery Plan by Herbalife International ofd America, Inc., Evgeny Okmyansky.(Spencer, Sherry) Modified on 6/25/2003 (Spencer, Sherry). (Entered: 06/25/2003) |
| 06/20/2003 | 11 | Defendant, Herbalife International's sworn statement in accordance with local Rule 26.1(b) to 7 Notice of Scheduling Conference Discovery Order dated May 28, 2003. (Spencer, Sherry) (Entered: 06/25/2003) |
| 06/20/2003 | 12 | List of persons it wishes to depose by Herbalife International ofd America, Inc... c/s(Spencer, Sherry) (Entered: 06/25/2003) |
| 06/20/2003 | 13 | Disclosure Statement by Herbalife International ofd America, Inc..c/s (Spencer, Sherry) (Entered: 06/25/2003) |
| 06/20/2003 | 14 | Certification by Herbalife International of America, Inc.. c/s(Spencer, Sherry) (Entered: 06/25/2003) |
| 07/01/2003 | 15 | Judge Joseph L. Tauro : ORDER entered ORDER DISMISSING CASE without Prejudice, for failure of the plaintiff to appeasr upon the session of July 1, 2003.........CASE CLOSED --See Order for more details..cc/cl(Spencer, Sherry) Modified on 7/16/2003 (Spencer, Sherry). (Entered: 07/03/2003) |
| 07/11/2003 | 16 | MOTION to Vacate 15 Order Dismissing Case, by Evgeny Okmyansky.C/S AND CERTIFICATE OF COMPLIANCE WITH |

| | | |
|---|---|---|
| | | RULE 3.01(B)(Spencer, Sherry) (Entered: 07/16/2003) |
| 07/17/2003 | 17 | MEMORANDUM in Opposition re 16 MOTION to Vacate 15 Order Dismissing Case, filed by Herbalife International ofd America, Inc.. c/s(Spencer, Sherry) (Entered: 07/22/2003) |
| 07/17/2003 | 18 | DECLARATION of Annapoorni R. Sankaran. c/s(Spencer, Sherry) (Entered: 07/22/2003) |
| 07/18/2003 | 19 | AFFIDAVIT OF Pavel Bespalko in Opposition to defendant's response to Plaintiff's motion to vacate order of dismissal 17 Memorandum in Opposition to Motion. c/s(Spencer, Sherry) (Entered: 07/23/2003) |
| 07/21/2003 | 20 | MOTION for Leave to File sur-reply to affidavit of Pavel Bespalko by Herbalife International ofd America, Inc..Local Rule 7.1(A)(2) Certificate and c/s (Spencer, Sherry) (Entered: 07/28/2003) |
| 07/23/2003 | | Judge Joseph L. Tauro : ENDORSED ORDER entered GRANTING 16 Motion to Vacate Order of Dismissal.. CASE WILL NOW BE RE-OPENED...CC/CL (Spencer, Sherry) (Entered: 07/28/2003) |
| 07/25/2003 | 21 | MEMORANDUM in Opposition and request for hearing re 20 MOTION for Leave to File sur-reply filed by Evgeny Okmyansky. c/s(Spencer, Sherry) (Entered: 07/30/2003) |
| 07/31/2003 | 22 | Plaintiff's statement pursuant to F.R.C.P. by Evgeny Okmyansky.c/s (Spencer, Sherry) (Entered: 08/04/2003) |
| 08/05/2003 | | Judge Joseph L. Tauro : ENDORSED ORDER entered DENYING AS MOOT 20 Motion for Leave to File SUR-REPLY.....CC/CLNOTE-SUR-REPLY HAS BEEN FILED WITH MOTION. IT WILL NOT BE DOCKETED NOR SCANNED... (Spencer, Sherry) (Entered: 08/07/2003) |
| 08/26/2003 | 23 | Letter from Joel Z. Eigerman; DATED: August 25,2003; ADDRESSED TO: Mr. Lardiere; REGARDING: Status on case and also when will the conference take place?(Spencer, Sherry) (Entered: 09/02/2003) |
| 11/19/2003 | 24 | NOTICE of Hearing: Scheduling Conference set for 12/3/2003 11:30 AM in Courtroom 20 before Judge Joseph L. Tauro. cc/cl(Spencer, Sherry) (Entered: 11/20/2003) |
| 12/10/2003 | 25 | Notice Resetting or Cancelling Hearing. The conference schedule for December 16, 2003 at 10:00am has been cancelled. It has been re-scheduled for: January 6, 2004 at 10:15am..cc/cl (Spencer, Sherry) |

| | | |
|---|---|---|
| | | (Entered: 12/10/2003) |
| 01/05/2004 | 26 | JOINT STATEMENT re scheduling conference. (Sankaran, Annapoorni) (Entered: 01/05/2004) |
| 01/06/2004 | 28 | CERTIFICATION by Pavel Bespalko on behalf of Evgeny Okmyansky. C/S (Spencer, Sherry) (Entered: 01/13/2004) |
| 01/07/2004 | 27 | Judge Joseph L. Tauro : ORDER entered....After a conference on January 6, 2004, the court hereby orders that:SEE ORDER FOR FULL DETAILS...CC/CL (Spencer, Sherry) (Entered: 01/07/2004) |
| 03/11/2004 | 29 | MOTION for Protective Order by Herbalife International ofd America, Inc..(Sankaran, Annapoorni) (Entered: 03/11/2004) |
| 03/11/2004 | 30 | DECLARATION re 29 MOTION for Protective Order *of Annapoorni R. Sankaran* by Herbalife International ofd America, Inc.. (Attachments: # (1) Exhibit Exhibits A through I)(Sankaran, Annapoorni) Additional attachment(s) added on 3/12/2004 (Abaid, Kim). Additional attachment(s) added on 3/12/2004 (Abaid, Kim). (Entered: 03/11/2004) |
| 03/11/2004 | | Notice of correction to docket made by Court staff. Correction: Exhibits for Document #30 corrected because: Document was filed over 20 page limit. I split it up into sections to correct. (Abaid, Kim) (Entered: 03/12/2004) |
| 03/17/2004 | 31 | MOTION for Leave to File *Reply to Plaintiff's Opposition to Defendant's Motion for Protective Order* by Herbalife International ofd America, Inc..(Sankaran, Annapoorni) (Entered: 03/17/2004) |
| 03/17/2004 | 32 | REPLY to Response to Motion re 29 MOTION for for Protective Order*Reply to Plaintiff's Opposition to Defendant's Motion for Protective Order* filed by Herbalife International ofd America, Inc.. (Attachments: # 1 Exhibit A)(Sankaran, Annapoorni) Modified on 3/18/2004 (Abaid, Kim). (Entered: 03/17/2004) |
| 03/17/2004 | 33 | Opposition re 29 MOTION for Protective Order filed by Evgeny Okmyansky. (Abaid, Kim) (Entered: 03/18/2004) |
| 03/17/2004 | 34 | MEMORANDUM in Opposition re 29 MOTION for Protective Order filed by Evgeny Okmyansky. (Abaid, Kim) (Entered: 03/18/2004) |
| 03/17/2004 | 36 | AFFIDAVIT in Support re 33 Opposition to Motion, 34 Memorandum in Opposition to Motion. (Abaid, Kim) (Entered: 03/18/2004) |
| | | |

| 03/18/2004 | | Notice of correction to docket made by Court staff. Correction: Docket Number 32 corrected because: Reply related to document 29 not 31. (Abaid, Kim) (Entered: 03/18/2004) |
|---|---|---|
| 03/18/2004 | 35 | Opposition re 20 MOTION for Leave to File Sur-Reply filed by Evgeny Okmyansky. (Abaid, Kim) (Entered: 03/18/2004) |
| 03/19/2004 | 37 | Judge Joseph L. Tauro : ORDER entered denying 29 Motion for Protective Order (Abaid, Kim) (Entered: 03/22/2004) |
| 04/01/2004 | 38 | MOTION to Compel Production of Documents and Further Answers to Interrogatories and for Sanctions by Evgeny Okmyansky.(Abaid, Kim) (Entered: 04/02/2004) |
| 04/01/2004 | 39 | MEMORANDUM in Support re 38 MOTION to Compel filed by Evgeny Okmyansky. (Abaid, Kim) (Entered: 04/02/2004) |
| 04/01/2004 | 40 | AFFIDAVIT of Pavel Bespalko in Support re 38 MOTION to Compel. (Abaid, Kim) (Entered: 04/02/2004) |
| 04/09/2004 | 41 | Joint MOTION for Extension of Time to 4/23/04 to File Response/Reply *to Plaintiff's Motion to Compel* by Herbalife International ofd America, Inc..(Sankaran, Annapoorni) (Entered: 04/09/2004) |
| 04/23/2004 | 42 | Joint MOTION for Extension of Time to 4-29-04 to File Response/Reply by Herbalife International ofd America, Inc.. (Sankaran, Annapoorni) (Entered: 04/23/2004) |
| 04/29/2004 | 43 | Joint MOTION for Extension of Time to May 4, 2004 to File Response/Reply as to 38 MOTION to Compel, 39 Memorandum in Support of Motion, 40 Affidavit in Support by Herbalife International ofd America, Inc..(Sankaran, Annapoorni) (Entered: 04/29/2004) |
| 05/14/2004 | 44 | AFFIDAVIT of Annapoorni R. Sankaran by Herbalife International of America, Inc.. (Abaid, Kim) (Entered: 05/17/2004) |
| 05/14/2004 | 45 | MOTION for Summary Judgment by Herbalife International ofd America, Inc..(Abaid, Kim) (Entered: 05/18/2004) |
| 05/14/2004 | 47 | MOTION to Transfer Venue by Herbalife International ofd America, Inc..(Abaid, Kim) (Entered: 05/18/2004) |
| 05/14/2004 | 48 | MEMORANDUM in Support re 47 MOTION to Transfer Case filed by Herbalife International ofd America, Inc.. (Abaid, Kim) (Entered: 05/18/2004) |

| 05/14/2004 | 49 | DECLARATION of Jackie Fisher by Herbalife International of America, Inc.. (Abaid, Kim) (Entered: 05/18/2004) |
| --- | --- | --- |
| 05/17/2004 | 46 | MEMORANDUM in Support re 45 MOTION for Summary Judgment filed by Herbalife International ofd America, Inc.. (Abaid, Kim) (Entered: 05/18/2004) |
| 06/07/2004 | 50 | Opposition re 45 MOTION for Summary Judgment and to Transfer Venue filed by Evgeny Okmyansky. (Abaid, Kim) (Entered: 06/08/2004) |
| 06/07/2004 | 51 | Response to defendant's statement of undisputed facts and statement of additional undisputed facts by Evgeny Okmyansky. (Abaid, Kim) (Entered: 06/08/2004) |
| 06/07/2004 | 52 | MEMORANDUM in Opposition re 45 MOTION for Summary Judgment filed by Evgeny Okmyansky. (Abaid, Kim) (Entered: 06/08/2004) |
| 06/07/2004 | 53 | MEMORANDUM in Opposition re 47 MOTION to Transfer Case filed by Evgeny Okmyansky. (Abaid, Kim) (Entered: 06/08/2004) |
| 06/07/2004 | 54 | AFFIDAVIT of Evgeny Okmyansky. (Abaid, Kim) (Entered: 06/08/2004) |
| 06/07/2004 | 55 | AFFIDAVIT of Pavel Bespalko in Opposition re 45 MOTION for Summary Judgment. (Abaid, Kim) (Entered: 06/08/2004) |
| 06/14/2004 | 56 | Response by Herbalife International ofd America, Inc. to 51 Response *and Plaintiff's Statement of Additional Undisputed Facts*. (Sankaran, Annapoorni) (Entered: 06/14/2004) |
| 06/14/2004 | 57 | DECLARATION *of Joan Kardashian* by Herbalife International ofd America, Inc.. (Sankaran, Annapoorni) (Entered: 06/14/2004) |
| 06/21/2004 | 58 | Judge Joseph L. Tauro : Order Entered: The Parties are to file cross-motions for Summary Judgment on the underlying contractual issue of whether Defendant had authority to refuse to pay Plaintiff the commissions and bonuses in issue; The cross-motions for Summary Judgment must be filed by July 12, 2004; Any responses to the cross-motions for Summary Judgment must be filed by July 26, 2004; 38 Motion to Compel has been withdrawn, 45 Motion for Summary Judgment is denied without prejudice, and 47 Motion to Transfer Case is denied without prejudice. (Abaid, Kim) (Entered: 06/22/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/08/2004 15:25:22 | | | |
| PACER Login: | gt0395 | Client Code: | 62624-010100 |
| Description: | Docket Report | Case Number: | 1:03-cv-10574-JLT |
| Billable Pages: | 4 | Cost: | 0.28 |