UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EVGENY OKMYANSKY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 03-10574-JLT |
| | * | |
| HERBALIFE INTERNATIONAL OF AMERICA, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER AND JUDGMENT

November 8, 2004

TAURO, J.

This court hereby orders that:

1. Motion for Summary Judgment of Defendant Herbalife International of America, Inc. on Issues Set Forth in the June 21, 2004 Order [#59] is ALLOWED.

2. Plaintiff's Motion for Summary Judgment [#63] is DENIED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge