UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Evgeny Okmyansky,<br>        Plaintiff,<br><br>v.<br><br>Herbalife International of<br>America, Inc.,<br>        Defendant | Civil Action No. 03- 10574-JLT |

## PLAINTIFF'S NOTICE OF APPEAL FROM ORDER AND JUDGMENT ENTERED ON NOVEMBER 8, 2004

Notice is hereby given that Evgeny Okmyansky, plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the First Circuit from the Order and Judgment entered in this action on November 8, 2004. Tauro, j., presiding. This notice is filed in accordance with provisions of Fed. R. A. P. Rule 4(a)(1)(A) and Local Fed.R.A.P. Rule 3.

Attorneys for the plaintiff
Joel Z. Eigerman, BBO No. 152000
Pavel Bespalko, BBO No. 654315
50 Congress Street, Suite 200
Boston, MA 02109
617 367 0014

November 17, 2004

1

## CERTIFICATE OF SERVICE

I, Pavel Bespalko, hereby certify that I served the foregoing document upon the defendant by mailing the same via first-class mail, postage pre-paid, to its counsel Annapoorni Sankaran, Esq. of Greenberg & Traurig, at One International Place, Boston, MA 02110 this 17 day of November, 2004.

_____
Pavel Bespalko